IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
SEP 14 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. __2:07-CR-208-MEF__ |
| | ) | [18 USC § 641; |
| COKEY TYRONE LEE, | ) | 18 USC § 1028A] |
| a/k/a Tyrone Books | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT I

1. At all times relevant to this Indictment, the defendant, COKEY TYRONE LEE, a/k/a Tyrone Brooks, was a resident of Montgomery, Alabama.

2. On or about September 26, 2005, an application was filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, for benefits in connection with Hurricane Katrina in the name of JS. The application, which was assigned Registration I.D. number 93-1351742, falsely represented that JS had suffered losses to JS's primary residence, located in Gulfport, Mississippi, on August 29, 2005.

3. On or about September 26, 2005, an application was filed with FEMA, an agency within the United States Department of Homeland Security, for benefits in connection with Hurricane Katrina in the name of LB. The application, which was assigned Registration I.D. number 91-2209253, falsely represented that LB had suffered losses to LB's primary residence, located in Reserve, Louisiana, on August 29, 2005.

4. FEMA accepted the applications of JS and LB, and caused United States Treasury checks in the amounts listed below to be mailed to an address in Montgomery, Alabama. COKEY TYRONE LEE, defendant herein, received the hereinafter named checks and cashed them.

5. On or about the dates set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere, the defendant,

COKEY TYRONE LEE,
a/k/a "Tyrone Brooks",

did embezzle, steal, purloin, and knowingly convert to his own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, and did receive, conceal, and retain the same with the intent to convert it to his use and gain, knowing it to have been embezzled, stolen, purloined and converted as described below:

| COUNT | DATE | ITEM |
| --- | --- | --- |
| 1 | October 7, 2005 | FEMA disaster assistance funds in the amount of $2,000, check number 2221 74439153, made payable to JS. |
| 2 | October 15, 2005 | FEMA disaster assistance funds in the amount of $2,358, check number 2221 74625452, made payable to JS. |
| 3 | July 19, 2006 | FEMA disaster assistance funds in the amount of $1,797, check number 2221 26922138, made payable to JS. |
| 4 | October 7, 2005 | FEMA disaster assistance funds in the amount of $2,000, check number 221 74439273, made payable to LB. |

All in violation of Title 18, United States Code, Section 641.

COUNT 5

6. The allegations set forth in paragraphs 1 through 5 of this Indictment are realleged as if set forth herein.

7. From on or about September 26, 2005, and continuing until on or about July 19, 2006, in the Middle District of Alabama and elsewhere, the defendant,

COKEY TYRONE LEE,
a/k/a "Tyrone Books",

during and in relation to an enumerated felony, namely, theft of property as charged in Counts 1, 2 and 3 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that is, a social security number ending in the last four digits 1162.

All in violation of Title 18, United States Code, Section 1028A.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
SUSAN R. REDMOND
Assistant United States Attorney

3