IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CASE NO: 07-cr-00208-MEF-WC |
| | ) | |
| COKEY T. LEE | ) | |

### NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **COKEY T. LEE,** by and through undersigned counsel, Michael J. Petersen, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge. For the Court's convenience in scheduling this Hearing, undersigned counsel will be unavailable on Friday, January 4, 2008.

Dated this 2nd day of January, 2008.

Respectfully submitted,

s/ Michael J. Petersen
**MICHAEL J. PETERSEN**
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
AL Bar Code: ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | **CASE NO: 07-cr-00208-MEF-WC** |
| | ) | |
| **COKEY T. LEE** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Esq.
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104

Respectfully submitted,

s/ Michael J. Petersen
**MICHAEL J. PETERSEN**
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
AL Bar Code: ASB-5072-E48M